IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01287-KLM

CROCS, INC., a Delaware corporation,

Plaintiff,

v.

DREAM PRODUCTS, INC., a California corporation,

Defendant.

## ORDER OF DISMISSAL

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The matter is before me on the **Stipulation for Entry of Permanent Injunction, Consent Judgment and Dismissal With Prejudice** [#12][1] filed September 28, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Entry of Permanent Injunction, Consent Judgment and Dismissal With Prejudice** is approved;

2. Defendant and its officers, directors, successors or assigns, together with any corporation, other business entity or individual that directly or indirectly controls, is controlled by, or is under common control with Dream Products as well as those persons or companies in active concert or participation with the foregoing who receive actual notice

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

of the order by personal service or otherwise, are permanently enjoined from making, using, selling, marketing, advertising, offering for sale or importing into the United States products and advertising materials accused of infringement in this case and/or any other products deemed by a Court of competent jurisdiction to infringe any claim of U.S. Patent No. 6,993,858 B2;

    3.   The Stipulation for Entry of Permanent Injunction, Consent Judgment and Dismissal With Prejudice shall be binding upon and shall inure to the benefit of the parties, and the officers, directors, successors or assigns of the parties, together with any corporation or other business entity that directly or indirectly controls, is controlled by, or is under common control with the parties, as well as each of their respective successors and assigns;

    4.   That all pending deadlines are vacated; and

    5.   That this action is **DISMISSED with prejudice** with the parties to pay their own attorney fees and costs.

Dated:  October 9, 2015

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge